**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In the Matter of:** | : | **MISCELLANEOUS CASE** |
| **SEIZURE OF TWO MILLION TWO HUNDRED AND TWENTY-NINE THOUSAND EIGHT HUNDRED AND THIRTEEN DOLLARS IN UNITED STATES CURRENCY (2,229,813.00).** | : <br><br> : <br><br> : | **No. 26-MC-_31_** |

**ORDER**

AND NOW, this __1st__ day of __April_____, 2026, upon consideration of the government's uncontested motion pursuant to 18 U.S.C. § 983(a)(3) to extend for an additional ninety (90) days the period of time to obtain an indictment or file a complaint seeking forfeiture of the above-listed property, for good cause shown and upon agreement of the parties, the motion is GRANTED. The government shall obtain an indictment or file its complaint in this matter on or before June 28, 2026.

_____
**MARY KAY COSTELLO, J**